UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2©  
**NOVLET LAWRENCE**  
**ATTORNEY AT LAW**  
**PO Box 436**  
**Whitehouse Station, NJ 08889**  
**Phone:  (973) 677-3330**  
**Cell:     (201) 709-9007**  
**lawrencenovlet@aol.com**  
Attorney for Debtor

Case: No.   24-12302VFP

Judge: VFP  
Chapter 11

Hearing Date: **APRIL10, 2024 at 9:00AM**

IN RE: 876 STUYVESANT REALTY LLC
      Debtor
-------------------------------------------------------------

# NOTICE OF CH. 11- TELEPHONIC §341(a) MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341(a) creditors meeting in the captioned matter is scheduled to take place on Wednesday, April 10, 2024 telephonically by conference call commencing at 9:00 AM EDT.  If you wish to participate in the call, you may call the free conference call phone number at 1-848-220-3300, and enter code 6773330.  You may email the debtor's counsel at lawrencenovlet@aol.com if you have any questions.

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

By:    */s/Novlet Lawrence*

      Novlet Lawrence, Esq.  
      Attorney for the Debtor  
      April 8, 2024